

**The relief described hereinbelow is SO ORDERED.**

**Signed October 18, 2018.**

_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JEFFREY LYNN MCFATRIDGE, | § | CASE NO. 18-60646-RBK |
| | § | |
| DEBTOR | § | CHAPTER 13 |

**ORDER DISMISSING CASE WITH PREJUDICE**

On October 17, 2018, came on to be heard this Court's Order [of September 10, 2018] for Debtor to Appear and Show Cause (ECF No. 9), and it appears to the Court that this case should be dismissed with prejudice for 180 days.

It is, therefore, **ORDERED, ADJUDGED, AND DECREED** that the above-referenced case is hereby **DISMISSED WITH A 180-DAY BAR TO REFILING**. It is further **ORDERED, ADJUDGED, AND DECREED** that the Clerk of the Court shall refuse or not accept further filings from the Debtor for 180 days from the entry date of this Order.

# # #